1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED AIR LINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>          Defendants. | CASE NO. 3:12-CV-02730-VC<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO HAVE CERTIFIED COURT REPORTER PRESENT TO RECORD MARCH 24, 2015 CASE MANAGEMENT CONFERENCE**<br>**AS MODIFIED**<br><br>Judge:     Hon. Vince Chhabria<br><br>Complaint filed:         May 29, 2012<br>FAC filed:                July 20, 2012<br>SAC filed:                November 30, 2012<br>TAC filed:                May 20, 2013<br>Corrected TAC filed:  June 21, 2013<br>4AC filed:                Jan. 3, 2014<br>5AC filed:                March 2, 2015 |

1
2
3
4
5
6
7
8
9
10
11
12

*Related cases*:
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 3:12-CV-02730-VC

[PROPOSED] ORDER GRANTING DEFTS'
MOTION TO HAVE COURT REPORTER
PRESENT AT MARCH 24 CMC

1  Having considered the papers and all pleadings on file and good cause appearing therefor,
2  IT IS HEREBY ORDERED that Defendants' Administrative Motion To Have Certified Court
3  Reporter Present To Record March 24, 2015 Case Management Conference is GRANTED as modified.

FTR recording services
☐ The Court will provide ~~a certified court reporter~~ at the Case Management Conference, scheduled for March 24, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 20, 2015



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

CASE NO. 3:12-CV-02730-VC     -1-     [PROPOSED] ORDER GRANTING DEFTS' MOTION TO HAVE COURT REPORTER PRESENT AT MARCH 24 CMC