1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  ELDRIDGE JOHNSON,                      CASE NO. 3:12-CV-02730-VC

12              Plaintiff,                 [~~PROPOSED~~] ORDER TO HAVE
                                           **APRIL 9, 2015 CASE MANAGEMENT**
13        vs.                              **CONFERENCE RECORDED**
                                           AS MODIFIED
14  UNITED AIR LINES, INC.;
    CONTINENTAL AIRLINES, INC.; and        Judge:      Hon. Vince Chhabria
15  DOES 1-10,
                                           Complaint filed:    May 29, 2012
16              Defendants.                FAC filed:          July 20, 2012
                                           SAC filed:          November 30, 2012
17                                         TAC filed:          May 20, 2013
                                           Corrected TAC filed:  June 21, 2013
18                                         4AC filed:          January 3, 2014
                                           5AC filed:          March 2, 2015
19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Related cases*:
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

1    Having considered the papers and all pleadings on file and good cause appearing

2  therefore, IT IS HEREBY ORDERED that the Stipulation To Have April 9, 2015 Case

3  Management Conference Recorded is GRANTED, as follows:

4    XX    The Court will provide FTR recording services to record the Case Management

5      Conference scheduled for April 9, 2015 at 10:00 a.m.

6      All proceedings in these related cases will be recorded.

7  IT IS SO ORDERED.

8

9

10  Dated:  April 9, 2015

IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28