UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br><br>AND COORDINATED CASES:<br>Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC<br>Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC | Case No.  12-cv-02730-VC<br><br>**CASE MANAGEMENT ORDER** |

Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

Following the case management conference held on July 9, 2015 in these related cases, the Court orders as follows:

The discovery stay is lifted for the following cases: Johnson, 12-cv-02730; Miller, 15-cv-00457; Palmer, 15-cv-00458; Noble, 15-cv-00461; Jones, 15-cv-00462; Roane, 15-cv-00464; Ricketts, 15-cv-00465; Tom, 15-cv-00466; Crocker, 15-cv-00468; Manswell, 15-cv-00469; Minter, 15-cv-00470; Washington, 15-cv-00471; Wilson, 15-cv-00472; Sherman, 15-cv-00473; John, 15-cv-00475; Briscoe, 15-cv-00476; Hartsfield, 15-cv-00477.

The first phase of discovery will last until November 23, 2015.  By that date, the defendants must have completed the depositions of the plaintiffs in the cases where the discovery stay has been lifted.  For depositions, the defendants will have two days per plaintiff.  The defendants may also serve document requests on those plaintiffs.  The plaintiffs who assert claims (falling within the applicable statute of limitations period) that the defendants denied them promotions for which they applied may conduct discovery relating to those denials.  The plaintiffs may not conduct discovery related to unposted positions or special assignments.

Also during this phase, the defendants may file any motions to dismiss or strike, in whole or in part, the Sixth Amended Complaints.  Any motion to dismiss and/or strike in a case where the discovery stay has not been lifted must be filed within 21 days of the date of this order.  Any motion to dismiss and/or strike in the cases where the discovery stay has been lifted may be filed later, but must be filed in time to be heard before the first phase has ended.

The Court will not entertain any motions to transfer during the first phase.

A further case management conference will take place Dec 8, 2015.

**IT IS SO ORDERED.**

Dated: July 9, 2015

_____
VINCE CHHABRIA
United States District Judge