UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br>v.<br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC<br>Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC<br>Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC | Case No. 12-cv-02730-VC<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 194 |

The motion for a protective order is granted. It is obvious that these cases will require the exchange of material whose contents must be kept confidential. Indeed, the plaintiffs have already sought discovery of the contents of the personnel files of United employees. The defendants are directed to submit proposed orders in each of the coordinated cases based on the Northern District of California's model protective order, with the only change being the addition of the "attorneys' eyes only" designation they've proposed. The parties are ordered to meet and confer about categories of documents and other discovery materials that may be shared between cases and submit a stipulation by August 27. The plaintiffs may file a supplemental brief, not to exceed 5 pages, in response to the court's order to show cause by August 20.

**IT IS SO ORDERED.**

Dated: August 14, 2015

VINCE CHHABRIA
United States District Judge