UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC<br>Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC<br>Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC | Case No.  12-cv-02730-VC<br><br>**ORDER** |

1  Counsel for all plaintiffs in these coordinated cases are ordered to send a full copy of the
2  transcript of the September 10, 2015 hearing (both the morning and afternoon sessions) to each of
3  their clients.  They must do so before October 1, 2015.  Counsel for all plaintiffs must file a
4  declaration, by no later than October 1, 2015, demonstrating that they sent a copy of the transcript
5  to each client.

6

7  **IT IS SO ORDERED.**

8  Dated: September 11, 2015



_____
VINCE CHHABRIA
United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California