1  DONNA M. MELBY (SB# 86417)
   donnamelby@paulhastings.com
2  JENNIFER S. BALDOCCHI (SB# 168945)
   jenniferbaldocchi@paulhastings.com
3  JI HAE KIM (SB# 275020)
   jihaekim@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
6  Telephone:  1(213) 683-6000
   Facsimile:  1(213) 627-0705
7
   GARY T. LAFAYETTE (SB# 088666)
8  glafayette@lkclaw.com
   LAFAYETTE & KUMAGAI LLP
9  101 Mission Street, Suite 600
   San Francisco, CA 94105-1738
10 Telephone:  1(415) 357-4600
   Facsimile:  1(415) 357-4605
11
   Attorneys for Defendants
12 UNITED AIRLINES, INC. AND
   CONTINENTAL AIRLINES, INC.
13
   *Additional counsel and related cases listed on next page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:12-CV-02730-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED APPLICATION TO EXTEND DEFENDANTS' MOTION DEADLINE BY TAKING TIME FROM PLAINTIFFS' RESPONSE DEADLINE**<br><br>Judge: Hon. Vince Chhabria<br><br>Complaint filed: May 29, 2012<br>FAC filed: July 20, 2012<br>SAC filed: November 30, 2012<br>TAC filed: May 20, 2013<br>Corrected TAC filed: June 21, 2013<br>4AC filed: January 3, 2014<br>5AC filed: March 2, 2015<br>6AC filed: June 30, 2015<br>7AC filed: Sept. 23, 2015<br>(Haney, Hartsfield)<br>Jan. 8 or 10, 2016<br>(16 Pls.)<br>Corrected 7AC filed: Jan. 21, 2016<br>(14 Pls.) |

BRIAN R. MILDENBERG (PA BAR ID. 84861) (*pro hac vice*)
brian@mildenberglaw.com
MILDENBERG LAW FIRM, PC
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Telephone: (215) 545-4870

Attorney for Plaintiffs ELDRIDGE JOHNSON, PAUL C. NOBLE, JOHNNIE E. JONES, GLEN ROANE, SAL CROCKER, DARRYL WILSON, RICHARD JOHN, ODIE BRISCOE, ANTHONY MANSWELL, LEON MILLER, XAVIER PALMER, DAVID RICKETTS, LEO SHERMAN, AND ERWIN WASHINGTON

*Related cases*:
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 1:15-cv-00697 LMB JFA
Gadson, Annette v. United Airlines, Inc. et al. 2:15-cv-03642 MCA MAH
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 3:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

Having considered the papers and all pleadings on file and good cause appearing therefor, IT IS HEREBY ORDERED that the Stipulated Application to Extend Time to Respond to Plaintiffs' Corrected Seventh Amended Complaints and Supplemental Brief in Support of Motion to Seal is APPROVED as to Plaintiffs Eldridge Johnson, Paul C. Noble, Johnnie E. Jones, Glen Roane, Sal Crocker, Darryl Wilson, Richard John, Odie Briscoe, Anthony Manswell, Leon Miller, Xavier Palmer, David Ricketts, Leo Sherman, and Erwin Washington ("Plaintiffs") only, as follows:

a. Defendants' deadline to file Motions to Dismiss or Strike Plaintiffs' 7ACs, Anti-SLAPP Motions to Strike Plaintiffs' 7ACs, or otherwise respond to Plaintiffs' 7ACs shall be extended to March 14, 2016.

b. Defendants' deadline to file its Supplemental Brief in Support of the Motion to Seal also shall be extended to March 14, 2016.

c. All other previously set deadlines, including Plaintiffs' response deadlines and the reply deadlines, and all hearing dates, will remain unchanged.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 9, 2016        By: _____
                                HONORABLE VINCE CHHABRIA
                                UNITED STATES DISTRICT JUDGE